# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| ARTURO BRITO-GONCALVEZ, | : | Case No. 1:26-cv-94 |
| Petitioner, | : : | |
| vs. | : : | District Judge Douglas R. Cole |
| | : | Magistrate Judge Stephanie K. Bowman |
| FIELD OFFICE DIRECTOR, DETROIT FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT, | : : : : | |
| Respondent. | | |

## ORDER

Petitioner, Arturo Brito-Goncalvez, a detainee at the Butler County Correctional Complex, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). The case has been referred to the Undersigned pursuant to 28 U.S.C. § 636(b) and General Order 22-05 regarding assignments and references to United States Magistrate Judges.

The Clerk is **DIRECTED** to (1) immediately serve a copy of the Petition and its accompanying papers, along with a copy of this Order, by email to John J. Stark on behalf of the United States Attorney's Office for the Southern District of Ohio at john.stark@usdoj.gov; and (2) promptly note proof of such service on the docket. Counsel for Respondents shall promptly enter notices of appearance.

**IT IS SO ORDERED.**


February 3, 2026                                  *s/Stephanie K. Bowman*
                                                  STEPHANIE K. BOWMAN
                                                  United States Chief Magistrate Judge