AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| ARTURO BRITO-GONCALVEZ, *Plaintiff* FIELD OFFICE DIRECTOR, DETROIT FIELD OFFICE, ICE, et al. *Defendant* | ) ) ) ) ) ) Civil Action No.  1:26-cv-94 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ _____

☑ other: On April 21, 2026, the Court denied Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) and ordered the government to inform the Court and Petitioner's counsel of the government's best estimate as to when a determination on Petitioner's removal would become administratively final. The government has now filed a Status Report (Doc. 12) indicating that Petitioner has waived appeal after being ordered removed and has attached the Immigration Judge's order as an exhibit, (see Doc. 12-1). Petitioner's removal has now become administratively final, and Enforcement and Removal Operations is in the process of scheduling Petitioner's removal.

This action was *(check one)*

❑ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Douglas R. Cole _____ .

Date:  5/11/26 _____

CLERK OF COURT

*Melissa Saddler*

Signature of Clerk or Deputy Clerk